### O. C. WARD v. THE STATE.

No. 19515. Delivered February 23, 1938.

The opinion states the case.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—Conviction for burglary; punishment, five years in the penitentiary.

There has been filed with the clerk of this Court a proper affidavit certifying that pending appeal this appellant escaped from the custody of the sheriff on February 2, 1938, and has not been recaptured, or returned to custody. Under the terms of our statute this court is without jurisdiction to further conside said appeal.

The appeal is dismissed.